United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANFORD CHEN,

Plaintiff,

v.

CHARLES LIANG, et al.,

Defendants.

Case No. 26-cv-11996-SK

**_SUA SPONTE_ JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Jacqueline Scott Corley to consider whether *Chen v. Liang et al*, 26-cv-11996-SK is related to *In re Super Micro Computer, Inc. Securities Litigation*, 26-cv-02606-JSC.

**IT IS SO ORDERED**.

Dated: October 16, 2026

SALLIE KIM
United States Magistrate Judge